IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TEDDY W. LAUDERDALE, as administrator of the estate of Katherine Jean Lauderdale, deceased, ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 3:04cv636-T (WO) |
| LORILLARD TOBACCO COMPANY, a corporation, and PHILIP MORRIS USA, INC., a corporation, ) ) ) ) | |
| Defendants. ) | |

MEMORANDUM OPINION

This cause is now before the court on defendants Lorillard Tobacco Company and Philip Morris U.S.A., Inc.'s motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Plaintiff Teddy W. Lauderdale, as administrator of the estate of Katherine Jean Lauderdale, deceased, has informed the court that he does not oppose the summary-judgment motion.

An appropriate judgment granting the motion will therefore be entered.

DONE, this the 14th day of June, 2005.


                                          /s/ Myron H. Thompson  
                                         **UNITED STATES DISTRICT JUDGE**