IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TEDDY W. LAUDERDALE, as administrator of the estate of Katherine Jean Lauderdale, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:04cv636-T (WO) |
| LORILLARD TOBACCO COMPANY, a corporation, and PHILIP MORRIS USA, INC., a corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Lorillard Tobacco Company and Philip Morris USA, Inc.'s motion for summary judgment is (Doc. No. 31) is granted.

(2) Judgment is entered in favor of defendants Lorillard Tobacco Company and Philip Morris USA,

Inc. and against plaintiff Terry W. Lauderdale, as administrator of the estate of Katherine Jean Lauderdale, deceased, with plaintiff Terry W. Lauderdale taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Terry W. Lauderdale, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of June, 2005.

                                             /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE